■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANNY FUENTES, Appellant. [41 NYS3d 893]—Order, Supreme Court, Bronx County (Denis J. Boyle, J.), entered December 16, 2014, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion in declining to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). We do not find that there were any overassessments of points. Although the underlying sex crime against a child only resulted in a misdemeanor conviction, the circumstances of the crime were nevertheless serious, and they outweighed the mitigating factors defendant cites. Concur— Acosta, J.P., Andrias, Moskowitz, Gische and Webber, JJ.